IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Securities and Exchange Commission,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CASE NO. 1:11-cv-246 |
| ) | |
| **CytoCore, Inc.,** ) | Hon. Robert W. Gettleman |
| **Daniel J. Burns, and** ) | |
| **Robert F. McCullough, Jr.** ) | Magistrate Judge |
| ) | Honorable Arlander Keys |

### PLAINTIFF'S AGREED MOTION FOR FINAL JUDGMENT AS TO DEFENDANTS CYTOCORE, INC. AND ROBERT F. MCCULLOUGH, JR.

Plaintiff, U.S. Securities and Exchange Commission ("the Commission"), respectfully requests that this Court enter Final Judgment as to Defendants CytoCore, Inc. ("CytoCore") and Robert F. McCullough, Jr. ("McCullough"). In support of this Motion, the Commission states as follows:

1. On January 13, 2011, the Commission filed a complaint against Defendants CytoCore and McCullough, alleging that they violated various provisions of the federal securities laws.

2. On December 8, 2010, Defendant CytoCore signed a Consent (attached hereto), wherein, without admitting or denying the allegations of the complaint, Defendant CytoCore agreed to the entry of a Final Judgment which, among other things, (a) permanently restrains and enjoins Defendant CytoCore from violating Section 14(a) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78n(a)] and Rule 14a-9 thereunder [17 C.F.R. § 240.14a-9], and from aiding and abetting violations of Section 15(a) of the Exchange Act [15 U.S.C. §

78o(a)]; and (b) orders Defendant CytoCore to comply with certain undertakings set forth in the Consent.

3. On January 12, 2011, Defendant McCullough signed a Consent (attached hereto), wherein, without admitting or denying the allegations of the complaint, Defendant McCullough agreed to the entry of a Final Judgment which, among other things, (a) permanently restrains and enjoins Defendant McCullough from violating Sections 14(a) and 16(a) of the Exchange Act [15 U.S.C. §§ 78n(a), 78p(a)] and Rules 14a-9 and 16a-3 thereunder [17 C.F.R. §§ 240.14a-9, 240.16a-3], and from aiding and abetting violations of Section 15(a) of the Exchange Act [15 U.S.C. § 78o(a)]; and (b) orders Defendant McCullough to pay a civil penalty of $100,000.

4. Defendants CytoCore and McCullough have reviewed this motion and the Proposed Final Judgment attached hereto, and they have agreed to the motion and to the entry of the Proposed Final Judgment.

Wherefore, the Commission respectfully requests that this Court enter the proposed Final Judgment as to Defendants CytoCore and McCullough attached to this motion.

Dated: January 13, 2011.

        Respectfully submitted,

        *<u>Eric M. Phillips</u>*
        Eric M. Phillips (IL Bar # 6237871)
        Jeffrey A. Shank (IL Bar # 6283981)
        U.S. Securities and Exchange Commission
        175 W. Jackson Blvd., Suite 900
        Chicago, Illinois 60604
        (312) 353-7390

        *Attorneys for the Plaintiff, the United States Securities and Exchange Commission*

# **CERTIFICATE OF SERVICE**

I, Eric M. Phillips, an attorney, being duly sown, state on oath that I caused Plaintiff's Agreed Motion for Final Judgment as to Defendants CytoCore, Inc. and Robert F. McCullough, Jr. to be served upon:


Joseph C. Wylie II
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
312-807-4439

*Attorney for CytoCore, Inc. and Robert F. McCullough, Jr.*


Daniel J. Burns
1434 Sweetbriar Circle
Carlsbad, CA 92011


by United Parcel Service on January 13, 2011.

                                                  /s/ Eric M. Phillips_____
                                                  Eric M. Phillips